Frederic C. Schultz
P.O.B. 634
San Diego, CA 92038
Telephone: (620)266-6769

Plaintiff, FREDERIC C. SCHULTZ, pro se

FILED

17 JAN 19 PM 2: 14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

17CV 0097 WQH KSC

| | |
|---|---|
| FREDERIC C. SCHULTZ, an individual, | ) Case No.: No. [case number] |
| Plaintiff, | ) |
| | ) COMPLAINT FOR DECLARATORY AND |
| vs. | ) INJUNCTIVE RELIEF TO PREVENT |
| | ) IRREPARABLE VIOLATION OF THE |
| CHIEF JUSTICE OF THE UNITED STATES | ) GUARANTY OF EQUAL PROTECTION OF THE |
| | ) LAWS UNDER THE FIFTH AND |
| JOHN G. ROBERTS, JR. AND | ) FOURTEENTH AMENDMENTS, AND OF THE |
| | ) PRINCIPLE OF "ONE PERSON, ONE VOTE" |
| DONALD J. TRUMP, "PRESIDENT-ELECT" OF | ) |
| THE UNITED STATES OF AMERICA | |
| Defendants | |

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1

Plaintiff FREDERIC C. SCHULTZ ("SCHULTZ") alleges as follows:

RELATED CASES:

1.      SCHULTZ has no other Civil Cases in this or any other federal court.

THE PARTIES

1.      SCHULTZ is a resident of the State of California, and a such, cast a vote in the November 8 2016 Presidential election for Democratic candidate Hillary Clinton.

2.      Defendants, Chief Justice of the United States John G. ROBERTS, Jr. and Donald J. TRUMP, "President-Elect" of the United states, are scheduled on Friday Jan. 20th at 12:00 P.M. E.S.T. to respectively administer and take the presidential oath of office for Mr. TRUMP to become president of the United States of America, AS opposed to Sec. Hillary Clinton, who the people elected.

3.      Unless this Court issues the relief sought herein, Mr. TRUMP will become president in violation of the guaranty of SCHULTZ's rights to equal protection of the laws under the Fifth Amendment of the United States Constitution, see, Bolling v. Sharpe, 347 U.S. 497 (1954), and the fundamental principle of "one [person], one vote", enunciated by the United States Supreme Court in Baker v. Carr, 369 U.S. 186 (1962). Bolling held that the federal government is subject to the same equal protection requirements as the state governments, even though the equal protection clause of the Fourteenth Amendment does not mention the federal government.  As the Court said in Weinberger v. Wiesenfeld, 420 U.S. 636 (1975), "This Court's approach to Fifth Amendment equal protection claims [covering the federal government] has ... been precisely the same as to equal protection claims under the Fourteenth Amendment."  Therefore, our right to vote in federal elections is protected by the same "One Person, One Vote" rule established in state elections.

JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over this matter under Title 28 U.S.C. § 1331 (federal question jurisdiction), § 2201 (authorizing declaratory relief), and § 2202 (authorizing injunctive relief).

5.      Venue is proper in this Court under Title 28 U.S.C. § 1391(b).

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

INJUNCTIVE RELIEF ALLEGATIONS

6.   SCHULTZ hereby incorporates each of the allegations contained in Paragraphs 1 through 5 above, and incorporates them as though fully set forth here.

7.   The final vote tally, according to CNN, in the general election held on Nov. 8 is Hillary Clinton with 65,844,954 (48.2%) compared to Donald TRUMP receiving 62,979,879 (46.1%) votes, a difference of 2,865,075 votes, or 2.1% of total votes cast.

8.   Despite this historic margin of votes in favor of the projected loser of the Presidential election, the Electors awarded the presidential election to Donald Trump by a margin of 306 to 232 pledged Electors, and 304 to 227 actual Elector votes.  Therefore, compared to the actual number of votes cast, people who voted for Hillary Clinton had our votes diluted by over 2.1% to award Donald TRUMP the election.  In other words, Clinton voters' votes were counted at under 98% the weight of those who voted for Trump.  Compared to the actual Electoral votes cast, I and all other people who voted for Clinton had our votes diluted by approximately 29%.  Put another way, SCHULTZ's vote and everyone else who voted for Clinton had our votes counted 71% as much as those who voted for TRUMP.  This result was caused by a combination of vote dilution by state compared to voters in WY who get the lowest number of voters per elector in the nation, and by state "Winner take All" (WTA) rules which further skew the results from reality.  Because the number of voters per Elector varies so much state to state, voters in CA including SCHULTZ only get 29% of the vote of voters in WY according to the 2010 Census, which applies in this and the next presidential election.  Alternatively put, WY voters get their votes per Elector counted almost 3.5x CA voters.  (Population has changed since to even further dilute votes from the time of the 2010 census.)  Voters in all other states get varying degrees less people per elector than WY, with most people in the nation getting between 30% and 40% of the vote of WY voters, ranging up to voters in Washington, D.C. who get 97% of the vote of a WY voter.  WY has only 583,626 residents in a nation of 308,745,538, or below .2% of the nation's population, with

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

3

Case 3:17-cv-00097-WQH-KSC   Document 1   Filed 01/19/17   PageID.20   Page 4 of 9

194,542 people voting per elector. Therefore, over 99.8% of the voters in the U.S.A. have our votes diluted compared to, and by, WY voters. Voters per elector by state range from 194,542 in WY to 677,344 voters per elector in CA; 668,211 voters per elector in NY; 661,726 per elector in TX, etc. Furthermore, every state but ME and NB, which combined have under 1% of the nation's population, have "WTA" rules which completely wipe out the votes of anyone who votes in a state for the candidate who doesn't win a plurality of the votes in that state, stealing their right to vote completely.

9. The amount of dilution per Clinton voter compared to Trump voter depends on how one calculates. As 65,844,954 of USA voters including SCHULTZ voted for Clinton, but Clinton only received pledged 232 Electors, and 227 actual Elector votes, the actual number of Clinton votes per Elector was almost 290,066. As 62,979,879 people voted for TRUMP, but he received 306 pledged Elector and 304 actual Elector votes, the number of Trump votes per Elector was almost 207,171 per elector. Therefore, in the Elector vote, the vote which counts, people who voted for Clinton as SCHULTZ did had our votes counted at the rate of just over 71% the value of the votes of citizens who voted for TRUMP.

10. The Fifth Amendment guarantees to all citizens the equal protection of federal laws, and is more explicitly protective against unfairness than the Due Process Clause of the Fifth and Fourteenth Amendments. Bolling v. Sharpe, 347 U.S. 497, 499. Thus, the Fifth Amendment creates a fundamental right in each citizen and a corresponding obligation on the part of all government entities to treat federal election voters fairly. Counting each Clinton vote, including SCHULTZ's Clinton vote, as only equal to approximately 71% the value of the vote of a citizen who voted for TRUMP is fundamentally unjust and immoral, effectively stealing our vote and denying the majority of American voters our choice for president. Such vote dilution and denying of our choice for our leader serves no legitimate, or certainly compelling, government interest. Therefore, the action that Chief Justice ROBERTS and "President Elect" TRUMP are certain to take on Jan. 20, i.e. JUSTICE ROBERTS swearing in TRUMP to be President of the United States, violates SCHULTZ's right and the rights of all other citizens who voted for Clinton, under the Fifth

4

Amendment's and Fourteenth Amendment's guarantees of equal protection of the laws pertaining to his vote for President.

11. In addition, ROBERTS' and TRUMP's anticipated action violates the fundamental, inviolate principle set forth by the United States Supreme Court in Baker v. Carr, 369 U.S. 186, of "one person, one vote." There is no precedent supporting an election process that for all intents and purposes rests on a principle of "one person, .71 vote." Actually, SCHULTZ and the 65,844,954 who voted for Clinton had our votes counted at 71% that of those citizens who voted for TRUMP, and alternatively, the 62,979,879 TRUMP voters had their votes counted at a rate over 1.4x that of those who voted for Clinton. These numbers are far from the "one person, one vote" standard promised in Baker, and by our Constitution's guarantee of equal protection under the laws, including the voting laws.

12. This Federal Court has the power to intervene to Enjoin and Prevent Chief Justice of the USA John ROBERTS from swearing in "President Elect" Trump at the Presidential Inauguration scheduled for 12:00 P.M. tomorrow in Washington, D.C. and to require that the ballots cast by the people of the USA be counted equally per voter, and to declare Sec. Hillary Clinton the winner based on the fact she received almost 3 million more votes than TRUMP. Donohue v. Board of Elections of State of NY, 435 F. SUPP. 957 (E.D.N.Y. 1976) RULED that courts have the right to call for new presidential elections in cases of vote dilution by fraud. Plaintiff SCHULTZ and all Clinton voters had their votes diluted compared to those of TRUMP voters, and Plaintiff SCHULTZ and ALL CITIZENS of all states other than WY have had their votes diluted by the voters of WY due to a provision of the Constitution that was only adopted to encourage the Slave States from staying in the newly formed USA. Furthermore, Plaintiff SCHULTZ is not calling for a new election, but rather just that his and all citizens of the United States' votes be counted equally, and that his and all citizens who voted for Clinton have their votes counted equally to those who voted for Trump, which they were not by over 40% vote dilution caused by the Electoral system and vote proscribed in the TWELFTH AMENDMENT of the Constitution.

13. Furthermore, though not literally binding on this Court, the United States, along with all the United Nations of the world, is a signatory to the Universal Declaration of Human

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Rights (UDHR), proclaimed by the United Nations General Assembly (General Assembly resolution 217 A) in Paris, France, on Dec. 10, 1948, as a common "standard of achievement" for all people and nations of the world, famously advocated for by Eleanor Roosevelt and the newly free people of the world, after the horrors of Nazi dictatorship caused mass slavery, torture, murder and world war, to prevent anyone from committing such evil ever again, pushing the earth and humanity to the edge of destruction and extinction forever.

Article 21 plainly, powerfully states:

"(1) Everyone has the right to take part in the government of his country, directly or through freely chosen representatives.

(2) Everyone has the right of equal access to public service in his country.

(3) The will of the people shall be the basis of the authority of government; this will shall be expressed in periodic and genuine elections which shall be by **universal and equal suffrage** and shall be held by secret vote or by equivalent free voting procedures." (Emphasis added.)

This Court is the only body which can uphold these basic guaranteed human rights of the citizens who voted for Clinton, and really of all the people of the United States of America, no matter in which state we live or for which candidate we voted. SCHULTZ and the people of our nation have a right to equal suffrage, meaning, obviously, "One Person, One Vote" and we expect this court to uphold our human rights to an equal vote for president, as a right in and of itself and also as a means to effect all the other human rights with which we are born and which the UDHR, and our great nation's Constitution, were written to protect, today and for all posterity.

13.    Injunctive relief is necessary because the process by which the Electors elected TRUMP as the President is irreconcilable with SCHULTZ's rights - and those of approximately 66 million other citizens who voted for Clinton — under the Equal Protection Clause and Baker v. Carr. The Court must uphold SCHULTZ's and the majority of voters' fundamental rights to "One Person, One Vote," count our votes equally, and determine Hillary Clinton to be the winner over Donald TRUMP by a margin of 2,865,075 votes, and the next president of the United States.

14. SCHULTZ's and the other approximately 66 million voters who voted for Clinton's fundamental right to have his vote counted equally with a Trump voter's supersedes TRUMP's interest in being sworn in, or the government's interest in having CHIEF JUSTICE ROBERTS swear him in, for the reasons set forth above in Paragraphs 9-12. The harm CHIEF JUSTICE ROBERTS' and TRUMP's actions on January 20 would cause SCHULTZ and those similarly situated, is substantial and irreparable, and SCHULTZ lacks any adequate remedy in law. Accordingly, an injunction prohibiting JUSTICE ROBERTS from swearing in TRUMP on January 20 at 9:00 A.M. Pacific Time, 12:00 P.M. Eastern Time, is necessary and appropriate.

DECLARATORY RELIEF ALLEGATIONS

15. SCHULTZ hereby incorporates each of the allegations contained in Paragraphs 1 through 14 above, and incorporates them as though fully set forth here.

16. An actual and substantial controversy now exists between SCHULTZ and "PRESIDENT ELECT" TRUMP and CHIEF JUSTICE ROBERTS as to their respective rights and duties. SCHULTZ contends the SWEARING IN PROCESS that TRUMP and CHIEF JUSTICE ROBERTS will engage in on January 20, 2017 will irreparably injure SCHULTZ by counting his vote as 71% of that of the vote of someone who voted for TRUMP, and by making TRUMP President when he lost the election when all the votes are added up, and counted equally, without any watering down based on location or his choice of candidate.

17. This dispute is presently justiciable because CHIEF JUSTICE John ROBERTS is scheduled to swear in Donald TRUMP as the 45th President despite the fact that he lost the election to Hillary Clinton by 2,865,075 votes, or 2.1% of total votes cast by United States citizens on Nov. 8, 2016, thereby causing substantial and cognizable injury to SCHULTZ.

18. CHIEF JUSTICE ROBERTS' and TRUMP's anticipated action of swearing in TRUMP despite his losing the election has substantially affected and will directly, substantially and adversely affect SCHULTZ. Therefore, a judicial determination of the parties' respective rights and obligations as to this controversy is necessary and appropriate at this time.

PRAYER FOR RELIEF

Wherefore, SCHULTZ prays for judgment as follows:

1.    For a judicial declaration that CHIEF JUSTICE ROBERTS' and Donald TRUMP's anticipated action on January 20, 2017 will substantially, adversely, and irreparably injure SCHULTZ and all other Clinton voters, in violation of SCHULTZ's rights under the FIFTH and FOURTEENTH AMENDMENTS of the U.S.A. CONSTITUTION, and will derogate the fundamental principle of "One Person, One Vote."

2.    For a judicial declaration that the Electoral system and process laid out in the TWELTH AMENDMENT, part of a compromise with the slave-holding states, weakened and stole the right to vote of a majority of Americans, in this election, in 4 prior elections since the founding of our nation, and is bound to do so many times in the future unless this Court rules this TWELTH AMENDMENT a violation of our rights to equal votes, part of the FIFTH and FOURTEENTH AMENDMENT'S protections of equal protection under the laws, and that the only way to satisfy our rights to "One Person, One Vote" is for the Court to order that our votes be counted equally, and to name Hillary Clinton the next President of the United States of America, and to then instruct CHIEF JUSTICE ROBERTS to swear in Hillary Clinton as president as she won the election by almost 3 million votes, and not Donald TRUMP.

3.    For a judicial declaration that under longstanding principles of statutory and Constitutional construction, SCHULTZ's rights supersede the interests of TRUMP's or CHIEF JUSTICE ROBERT's or the Electors in following the procedure for electing our 45th President.

4.    For an order permanently enjoining CHIEF JUSTICE ROBERTS from swearing in Donald TRUMP as President, as doing so would weaken SCHULTZ's vote, and those of the 66 million Americans who voted for Hillary Clinton, to less than One, to 71% of a citizen's who voted for TRUMP, based solely on his geographical location in our nation and for whom he voted, giving citizens who voted for TRUMP over 1.4x the vote of citizens who voted for Sec. Hillary Clinton.

5.    For a Judicial Declaration that as Hillary Clinton beat Donald TRUMP by almost 3 million votes in the final tally, she won the Presidential Election of 2016, and Chief Justice of the US ROBERTS shall, as soon as practicable but within one month of today, swear in Hillary

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Rodham Clinton as the 45th President of the USA, and not Donald TRUMP as he lost the election to her on Nov. 8, 2016, and that current President Barack Obama shall stay president until such date.

　　　　6.　　　For all such other relief as this Court deems just and proper.

Dated: January 19, 2017

Respectfully submitted,

Frederic C. Schultz

Plaintiff, pro se

P.O. Box 634

San Diego, CA 92038

(620) 288-6769

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

9